IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED

       SEP 2 9 2020

CLERK, U.S. DISTRICT COURT
By_____
              Deputy
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CR-15-Z-BR-(28) |
| | § | |
| SUSAN ODETTE STINNETT | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On September 14, 2020, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Susan Odette Stinnett filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement— and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Susan Odette Stinnett was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Susan Odette Stinnett; and ADJUDGES Defendant Susan Odette Stinnett guilty of Count One in violation of 21 U.S.C. § 843(b). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, September _29_, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE